1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                     CENTRAL DISTRICT OF CALIFORNIA

8

FELIZARDO RODRIGUEZ            ) Case No. 2:24-cv-03714-E
9  GALAVIZ,                     )
                               )
10                             ) **[~~PROPOSED~~]**
      Plaintiff,                ) **JUDGMENT**
11                             )
12          vs.                 )
                               )
13                             )
   MARTIN O'MALLEY,             )
14  Commissioner of Social Security,  )
                               )
15                             )
      Defendant.
16

17        The Court hereby approves the parties' Stipulation to Voluntary Remand

18  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

19  ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS

20  HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned

21  action is remanded to the Commissioner of Social Security for further proceedings

22  consistent with the Stipulation to Remand.

23

24  DATED:   8/27/24        _____

25                          HON. CHARLES F. EICK
                            UNITED STATES MAGISTRATE JUDGE
26

27

28