UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FELIZARDO RODRIGUEZ GALAVIZ,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | No: 2:24-cv-03714-E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED TWENTY-FOUR DOLLARS AND 48/100 ($5,123.48.) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 10/7/24

_____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE